OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# United States Court of Appeals

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

June 19, 2026

Keith L. Altman, Esq.
Dana W. Chilson, Esq.
Austin Hughey, Esq.
Michael I. Levin, Esq.
Michele J. Mintz, Esq.

RE: Aislin Magalengo v. Pennsylvania Interscholastic Athletic Association, et al
Case Number: 25-2684
District Court Case Number: 2:25-cv-00325

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, July 09, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **KRAUSE, FREEMAN and ROTH, Circuit Judges**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932